**Order filed November 20, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00483-CV
_____

**CLEVELAND IMAGING AND SURGICAL HOSPITAL, LLC D/B/A DOCTOR'S DIAGNOSTIC HOSPITAL, Appellants**

**V.**

**CENTRAL TEXAS PHYSICIAN'S MANAGEMENT, LP, Appellee**

---

### On Appeal from the 165th District Court
### Harris County, Texas
### Trial Court Cause No. 2012-24685

---

# O R D E R

Appellant's brief was due November 10, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 22, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM